RICHARDS, K.

. v.

UCBR

2090 CD 2016

Commonwealth Court of Pennsylvania.

10/06/2017

Unemployment Compensation Board of Review, B–594070

Affirmed

HITES, J.

v.

PIAA

8 CD 2017

Commonwealth Court of Pennsylvania.

10/10/2017

Lawrence County Civil Division, 11194 of 2015

Affirmed/Remanded

HOOPSKIRT LOFTS CONDOMINIUM

v.

VURIMINDI, V.

15 CD 2016

Commonwealth Court of Pennsylvania.

10/10/2017

Philadelphia County Civil Division, 1973 December Term, 2013

Affirmed

ELLINGTON, T.

v.

SIBUM, J.

1773 CD 2016

Commonwealth Court of Pennsylvania.

10/11/2017

Monroe County Civil Division, 2015–02926

Affirmed